ACCEPTED
06-15-00037-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 11:51:31 AM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00037-CR |
| Appellate Case Style: Style: | STATE OF TEXAS |
| Vs. | ERICA FULLER |
| Companion Case: | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/24/2015 11:51:31 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: STATE OF TEXAS | ☒ Lead Attorney |
| Middle Name: | First Name: GARY |
| Last Name: | Middle Name: D. |
| Suffix: | Last Name: YOUNG |
| Appellant Incarcerated? ☐ Yes ☒ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained    ☐ Public Defender |
| | Firm Name: |
| | Address 1: 119 NORTH MAIN |
| | Address 2: |
| | City: PARIS |
| | State: Texas    Zip+4: 75460 |
| | Telephone: (903) 737-2458    ext. |
| | Fax: (903) 737-2455 |
| | Email: gyoung@co.lamar.tx.us |
| | SBN: 00785298 |

Add Another Appellant/
Attorney

## III. Appellee

First Name: ERICA

Middle Name: LYNN

Last Name: FULLER

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ◯

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: JAMES

Middle Name:

Last Name: RODGERS

Suffix:

☐ Appointed          ☐ District/County Attorney

☒ Retained           ☐ Public Defender

Firm Name: THE MOORE LAW FIRM

Address 1: 100 NORTH MAIN

Address 2:

City: PARIS

State: Texas          Zip+4: 75460

Telephone: (903) 784-4393     ext.

Fax: (903) 785-0312

Email: jrodgers@moorefirm.com

SBN: 17136300

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Theft

Type of Judgment: Other

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: January 29, 2015

Offense charged: THEFT $1500 - $20000 ELDERLY INDIVID

Date of offense: JUNE 1, 2010 THRU ➕

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: February 17, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: N/A

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes  ☒ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No    If yes, date filed:

Other:  ☐ Yes  ☒ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes  ☐ No  ☒ NA    If yes, date filed:

Date of hearing:    ☒ NA

Date of order:    ☒ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☒ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 6TH DISTRICT CLERK

County: LAMAR

Trial Court Docket Number (Cause no): 25545

Trial Court Judge (who tried or disposed of the case):

First Name: ERIC

Middle Name:

Last Name: CLIFFORD

Suffix:

Address 1: 119 NORTH MAIN

Address 2:

City: PARIS

State: Texas          Zip + 4: 75460

Telephone: (903) 737-2431    ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes ☐ No

If yes, date requested: Feb 17, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes ☐ No

Was reporter's record requested?  ☒ Yes ☐ No

Was the reporter's record electronically recorded?  ☒ Yes ☐ No

If yes, date requested: Feb 17, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes ☐ No ☐ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official                ☐ Substitute

First Name: CRYSTAL

Middle Name:

Last Name: CANNON

Suffix:

Address 1: 2619 VILLAGE DRIVE

Address 2:

City: SHERMAN

State: Texas          Zip + 4: 75490

Telephone: (903) 819-2155    ext.

Fax:

Email: crystalcannon@hotmail.com

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 06-15-00018-CR    Court:  6TH COURT OF APPEALS

Style:    IN RE: THE STATE OF TEXAS

Vs.    ERICA FULLER

## X. Signature

Signature of counsel (or Pro Se Party)    Date:  February 23, 2015

Printed Name:    State Bar No: 00785298

Electronic Signature:    Name:  GARY D. YOUNG
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on February 23, 2015    .

Signature of counsel (or pro se party)    Electronic Signature:
(Optional)

State Bar No.:    00785298

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: February 23, 2015

Manner Served: Email

First Name: JAMES

Middle Name:

Last Name: RODGERS

Suffix:

Law Firm Name: THE MOORE LAW FIRM

Address 1: 100 NORTH MAIN

Address 2:

City: PARIS

State Texas     Zip+4: 75460

Telephone: (903) 784-4393   ext.

Fax: (903) 785-0312

Email: jrodgers@moorefirm.com